UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA RACHELLE METZGER,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:20-cv-01552- JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

      Amanda Rachelle Metzger seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying an pplication for Social Security benefits. (Doc. 3) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Plaintiff completed an application and affidavit on an unidentified date. (Doc. 3) However, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

      In the application, Plaintiff reports that she has no income and has $9.00 in a checking or savings account. (Doc. 3 at 1) However, Plaintiff reports her spouse's income is $3,600 per month. (*Id.* at 1) In addition, she indicates they have the following montly expenses: rent ($1,000); utilities ($450), car insurance ($108), and cell phones ($160). Thus, the identified family monthly expenses total $1,718.00 per month, which is less than half of her husband's reported income. Thus, the

information provided related to the familial income and expenses does not support the conclusion that Plaintiff is unable to provide for herself and her family with life's necessities while still paying the Court costs.

Therefore, Plaintiff is **ORDERED** to file, within twenty-one days of this order, an application that includes additional information regarding her monthly expenses. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **November 4, 2020**             **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE