UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA METZGER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | No.  1:20-cv-01552-DAD-BAK (SKO) (SS)<br><br>ORDER GIVING ADOPTING THE PARTIES' STIPULATION AND REMANDING CASE PURSUANT TO SETENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. No. 14) |

　　　　On May 2, 2022, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. No. 14.)  The parties agree that the purpose of the remand is to offer plaintiff a new decision.  (*Id.*)  Thus, the parties agree that on remand the Commissioner of Social Security will reconsider the evidence of record as necessary and issue a new decision.  (*Id.*)

　　　　Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation.

/////

/////

/////

1

1  The Clerk of the Court is directed to enter final judgment in favor of plaintiff, and against
2 defendant, reversing the final decision of the Commissioner of Social Security and remanding the
3 matter for a new decision.
4 IT IS SO ORDERED.

5   Dated: **June 8, 2022**　　　　　　　　*Dale A. Drozd*
6 　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE